SRM

**WO**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Phillip Matthew Webb,**<br>Plaintiff<br>-vs-<br>**Joseph M. Arpaio, et al.,**<br>Defendant(s) | CV-05-1463-PHX-EHC (JI)<br><br>**ORDER** |

The Court's service Order (#3) filed July 5, 2005, directed that the Clerk of the Court forward service packets to Plaintiff and that Plaintiff complete them and return them within 20 days.  Plaintiff returned service packets on July 18, 2005, but they had insufficient addresses for service, and insufficient copies and documents submitted.  Accordingly, the Clerk of the Court returned the service packets to Plaintiff on July 19, 2005 for completion. Plaintiff did not return them, and by Order entered August 16, 2005 (#7), Plaintiff was given ten days to do so and was warned that failure to comply would result in dismissal.  To date, Plaintiff has not returned completed service packets.

**IT IS THEREFORE ORDERED** that the Complaint (#1) and this case are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

DATED this 23rd day of September, 2005.

Earl H Carroll

_____
Earl H. Carroll
United States District Judge